944

No. 862. UNITED STATES *v.* MOORE-MCCORMACK LINES, INC., ET AL. C. A. 4th Cir. Certiorari denied. *Solicitor General Cox, Acting Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States. *J. Franklin Fort, Frank B. Ober* and *T. S. L. Perlman* for respondents. 

No. 704. MARCUS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *William B. Sleigh, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States. 

No. 722. WAREHOUSEMEN, TEAMSTERS, CHAUFFEURS & HELPERS LOCAL UNION No. 542 *v.* SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY, ET AL. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Walter Wencke* for petitioner. *William Hillyer* for respondent Alfred M. Lewis, Inc.

No. 770. WISE *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. John C. Melaniphy, Charles S. Rhyne* and *Sydney R. Drebin* for respondents. 

No. 789. LOCAL 2 OF THE OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSN. ET AL. *v.* PARAMOUNT PLASTERERS, INC., ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Martin F. O'Donoghue* and *Patrick C. O'Donoghue* for petitioners. *Earl Klein* for respondents. .